```
1   KAREN P. HEWITT
    United States Attorney
2   GEORGE V. MANAHAN
    Assistant U.S. Attorney
3   California State Bar No. 239130
    United States Attorney's Office
4   880 Front Street, Room 6293
    San Diego, California 92101-8893
5   Telephone: (619) 557-7174 / (619) 235-2757 (Fax)
    Email: George.Manahan@usdoj.gov
6
    Attorneys for Plaintiff
7   United States of America
```

|    |    |    |
|----|----|----|
| 8  | UNITED STATES DISTRICT COURT | |
| 9  | SOUTHERN DISTRICT OF CALIFORNIA | |

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA,              ) | Criminal Case No. 08CR2669-L |
| 11 | Plaintiff,    ) | |
| 12 | v.            ) | NOTICE OF APPEARANCE |
| 13 | ANTONIO CASTILLO-QUINONEZ,     ) | |
| 14 | Defendant.    ) | |

16   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17   I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18   I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

20   The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

24   Name (If none, enter "None" below)

25   None.

26   //

27   //

28   //

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u> (If none, enter "None" below)

None.

Please call me if you have any questions about this notice.

DATED: August 29, 2008.

                                              Respectfully submitted,

                                              KAREN P. HEWITT
                                              United States Attorney

                                              s/ *George V. Manahan*
                                              GEORGE V. MANAHAN
                                              Assistant United States Attorney
                                              Attorneys for Plaintiff
                                              United States of America
                                              Email: George.Manahan@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2669-L |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| ANTONIO CASTILLO-QUINONEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, GEORGE V. MANAHAN, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Russell S. Babcock, Esq.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2008.

s/ *George V. Manahan*
GEORGE V. MANAHAN